IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:13cr23-MW/GRJ

ANDROPOLI S JIOBERITI MITCHELL,

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 45, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Rule 11(e)(2), Federal Rules of Criminal Procedure, the plea of guilty of the Defendant, Andropolis Jioberiti Mitchell, to Counts One, Three, and Four of the Indictment against him is hereby **ACCEPTED**. All parties shall appear before this court for sentencing as directed.

**SO ORDERED on January 24, 2014.**

                                                                     s/Mark E. Walker
                                                                     **United States District Judge**